1
2
3
4
5
6
7                       UNITED STATES DISTRICT COURT

8                    FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   NORMAN RANKINS,                        No.  2:15-cv-1164 KJM AC (TEMP) P

11              Plaintiff,

12       v.                                 ORDER

13   ALEXANDER LUI, et al.

14              Defendants.

15

16       Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights

17   action pursuant to 42 U.S.C. § 1983.  On February 23, 2016, the undersigned determined that

18   plaintiff stated a cognizable Eighth Amendment medical indifference claim against Dr. Alexander

19   Liu and directed plaintiff to file documents necessary to effectuate service on this defendant.

20   Plaintiff submitted the necessary documents on March 8, 2016, and the court directed the United

21   States Marshal ("USM") to serve Dr. Liu on March 16, 2016.  Now pending is plaintiff's July 1,

22   2016, motion to compel the USM to serve summons.  Because the court has already directed the

23   USM to serve defendant, plaintiff's request will be denied as moot.

24       Accordingly, IT IS HEREBY ORDERED that plaintiff's July 1, 2016, motion to compel

25   (ECF No. 24) is denied.

26   DATED: July 11, 2016

27                                      _____
                                       ALLISON CLAIRE
28                                     UNITED STATES MAGISTRATE JUDGE