UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN RANKINS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALEXANDER LIU,<br><br>　　　　　Defendant. | No.  2:15-cv-1164 KJM DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983.  Plaintiff seeks an extension of time to file his opposition to defendant's motion to dismiss.

Good cause appearing, plaintiff's motion (ECF No. 33) is granted.  On or before March 15, 2017, plaintiff shall file any opposition to the motion to dismiss.

DATED: February 17, 2017

　　　　　　　　　　　　　　　　　　　　/s/ DEBORAH BARNES
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/rank1164.mtd oppo eot

1