UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN RANKINS, | No. 2:15-cv-01164 KJM DB P |
| Plaintiff, | |
| v. | ORDER |
| ALEXANDER LIU, | |
| Defendant. | |

Plaintiff, Norman Rankins, is a state prisoner proceeding pro se and in forma pauperis in an action brought under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 31, 2017, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Defendant has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 31, 2017, are adopted in full; and
2. Defendant's motion to dismiss (ECF No. 45) is denied.

DATED: March 19, 2018.

_____
UNITED STATES DISTRICT JUDGE