Michael R. Mordaunt, Esq., Bar No. 66911
Lori A. Reihl, Esq., Bar No. 246395
RIGGIO MORDAUNT & KELLY
A Professional Law Corporation
Mailing Address: P.O. Box 7608
Stockton, CA 95267
Physical Address: 2509 W. March Lane, Suite 200
Stockton, CA 95207
Telephone: (209) 473-8732

Attorneys for Defendant
ALEXANDER LIU, M.D.

UNITED STATES DISTRICT COURT OF CALIFORNIA

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN RANKINS,<br><br>　　　　Plaintiff(s),<br><br>vs.<br><br>DR. ALEXANDER LIU,<br><br>　　　　Defendant(s). | Case No. 2:15-CV-01164-KJM-AC<br><br>**DEFENDANT ALEXANDER LIU, MD'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>*Fed.R.Civ.Proc. 56; L.R. 230, 260* |

PLEASE TAKE NOTICE defendant ALEXANDER LIU, MD, will and hereby does move this Court for an order granting summary judgment in favor of this moving defendant and against plaintiff NORMAN RANKINS on the ground that there is no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law because plaintiff cannot meet his burden of proof in this action. Specifically, plaintiff cannot establish deliberate indifference since the evidence establishes that Dr. Liu's Care and treatment was appropriate and within the standard of care. Additionally, plaintiff cannot establish the necessary element of causation in this action.

This motion shall be based on this notice, the memorandum of points and authorities, the statement of undisputed facts, the declaration of Christopher P. Evans, MD, the declaration of Alexander Liu, MD and the declaration of Lori A. Reihl, accompanying exhibits and pleadings and papers filed in this case, and upon such other matters as may be presented to the Court at the time of the hearing.

Pursuant to Local Rule 230(l), all motions, except motions to dismiss for lack of prosecution, filed in actions wherein one party is incarcerated and proceeding in propria persona, shall be submitted upon the record without oral argument unless otherwise ordered by the Court. Such motions need not be noticed on the motion calendar. Opposition, if any, to the granting of the motion shall be served and filed by the responding party not more than twenty-one (21) days after the date of service of the motion. A responding party who has no opposition to the granting of the motion shall serve and file a statement to that effect, specifically designating the motion in question. Failure of the responding party to file an opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions. The moving party may, not more than seven (7) days after the opposition has been filed in CM/ECF, serve and file a reply to the opposition. All such motions will be deemed submitted when the time to reply has expired.

Dated: October 18, 2018                    RIGGIO MORDAUNT & KELLY

                                             By: __/s/ Lori A. Reihl_____
                                             Lori A. Reihl, Esq.
                                             Attorneys for Defendant
                                             ALEXANDER LIU, M.D.