UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN RANKINS,<br><br>    Plaintiff,<br><br>    v.<br><br>ALEXANDER LIU,<br><br>    Defendant. | No. 2:15-cv-01164 KJM DB P<br><br>ORDER TO SHOW CAUSE |

Plaintiff, Norman Rankins, is a state prisoner proceeding pro se and in forma pauperis in an action brought under 42 U.S.C. § 1983. The action proceeds on plaintiff's third amended complaint, filed July 10, 2017. (ECF No. 40.)

Defendants filed a motion for summary judgment on October 18, 2018. (ECF No. 53.) The time for filing an opposition to the summary judgment motion has passed and plaintiff has not filed an opposition or requested an extension of time in which to file an opposition.

Accordingly, within twenty-one days of the date of this order, plaintiff shall show cause in writing why this case should not be dismissed for his failure to file an opposition to the summary judgment motion. See E.D. Cal. R. 230(l).

Dated: December 3, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB1/orders/prisoner-civil rights/Rank1164.osc