UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN RANKINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALEXANDER LIU,<br><br>　　　　Defendant. | No. 2:15-cv-01164 KJM DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has filed a motion for an extension of time to file an opposition to defendant's motion for summary judgment. (ECF No. 64.) Good cause appearing IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 64) is granted; and
2. Plaintiff is granted up to and including January 10, 2019, in which to file an opposition to defendant's motion for summary judgment.

Dated: December 10, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB1/orders/prisoner-civil rights/Rank1164.eot

1