UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN RANKINS,<br><br>  Plaintiff,<br><br>  v.<br><br>ALEXANDER LIU,<br><br>  Defendant. | No. 2:15-cv-01164 KJM DB P<br><br>ORDER TO SHOW CAUSE |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On October 18, 2018 defendants filed a motion for summary judgment. (ECF No. 53.) After plaintiff failed to timely file an opposition to the summary judgment motion the court directed plaintiff to show cause in writing why this action should not be dismissed. (ECF No. 63.) Shortly thereafter plaintiff moved for and was granted a thirty-day extension of time to file an opposition to the summary judgment motion. (ECF Nos. 64, 65.) Those thirty days have now passed and plaintiff has not filed an opposition or requested additional time to file an opposition.

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of service of this order plaintiff shall either file an opposition to the summary judgment motion or show

////

////

1

cause in writing why this case should not be dismissed for failure to file an opposition to the summary judgment motion.  See E.D. Cal. R. 230(l).

Dated:  February 8, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB1/orders/prisoner-civil rights/Rank1164.osc(2)