UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN RANKINS, | No. 2:15-cv-1164 KJM DB P |
| Plaintiff, | |
| v. | ORDER |
| ALEXANDER LIU, | |
| Defendant. | |

Plaintiff has requested an extension of time to file and serve an opposition to defendant's October 18, 2018 motion for summary judgment. (ECF No. 53) Good cause appearing, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 67) are hereby vacated;

2. Plaintiff's motion for an extension of time (ECF No. 68) is granted; and

3. Plaintiff is granted thirty days from the date of this order in which to file and serve his opposition. Any reply shall be filed and served in accordance with Local Rule 230(l).

Dated: March 21, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB:1/Orders/Prisoner.Civil.Rights/rank1164.36opp