UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN RANKINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALEXANDER LIU,<br><br>　　　　Defendant. | No. 2:15-cv-01164 KJM DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. In reviewing plaintiff's opposition to defendant's currently pending summary judgment motion, it appears that plaintiff may have omitted or failed to attach documents he intended to file along with his opposition. Plaintiff refers to attached exhibits and various medical records in his opposition. However, the only document filed along with his opposition brief is his own three-page declaration. (ECF No. 70 at 6.)

To the extent plaintiff meant to include exhibits along with his opposition the court will provide plaintiff with additional time to submit them. However, plaintiff is advised that this is not a second opportunity to oppose defendant's motion. Additionally, because plaintiff has already received several extensions of time to file his opposition, the court will not extend the deadline for submitting any exhibits absent extraordinary circumstances.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff may submit any exhibits he refers to in his opposition brief within thirty days of service of this order; and
2. The Clerk of the Court is directed to send plaintiff a copy of his opposition brief (ECF No. 70) along with this order.

Dated: June 5, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB1/orders/prisoner-civil rights/Rank1164.exh